## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF KENTUCKY

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Justin Kiehl, being first duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigations (FBI) and have been employed as a Special Agent since October of 2023. I received approximately 20 weeks of training at the FBI Academy in Quantico, Virginia. During that time, I received training on various topics, including evidence collection, interviewing, legal procedure and process, source management, investigative technology, firearms and tactical training, and defensive tactics. I am currently assigned to the Violent Crimes squad as part of the Louisville Child Exploitation and Human Trafficking Task Force in the FBI's Louisville, Kentucky Field Division.  I am responsible for investigating, among other things, violations concerning crimes against children, and other violent crimes. I have conducted or participated in surveillance, the execution of search warrants, the execution and analysis of legal process, and the interviewing of victims and subjects of the aforementioned investigations.

2.      Before my current assignment, I was an Intelligence Analyst with the FBI assigned to the FBI's El Paso, Texas Field Division. I have been employed with the FBI since July of 2019. I was an Intelligence Analyst for approximately four years prior to my assignment as a Special Agent. As an Intelligence Analyst, I received approximately 13 weeks of training at the FBI Academy in Quantico, Virginia during which I received training on analytical tradecraft, intelligence processes, source development and recruitment, social media and geospatial analytical exploitation, report writing, and legal requirements for supporting federal criminal and national security investigations. I was initially assigned as an embedded Intelligence Analyst to the El Paso Organized Crime Drug Enforcement Task

Force for two years and the El Paso Child Exploitation and Human Trafficking Task Force for two years. I received field training and developed actionable intelligence on enterprise investigations involving drug trafficking and child exploitation actors, international money laundering activities, human smuggling, human trafficking, international parental kidnappings, kidnap for ransom schemes, adult and child sextortion, encrypted communication techniques, cross border violence trends between Mexico and the United States, source development and deployment, identification of online and hands-on child exploitation offenders, and disruption of online chat groups involved in child exploitation. Additionally, I received specialized training in internet protocol and social media exploitation for offender identification. I have gained experience in conducting these investigations through training and daily work, including executing digital and physical search warrants, legal process on social media and telephone accounts, and conducting interviews of victims and individuals trading and producing child sexual abuse material. Often, these crimes involve the use of computers and other digital media to produce, receive, transfer, and/or store depictions of children being sexually abused (often referred to as CSAM – child sex abuse materials).

3.      This affidavit is submitted in support of a criminal complaint alleging Van Laurence BARKER, hereinafter BARKER, violated Title 18, United States Code, Section 2422(b) (Attempted Online Enticement of a Minor) and Title 18, United States Code, Section 2252A(a)(2) (Distribution of Child Pornography).

4.      The statements contained in this affidavit are based in part on information provided by other law enforcement officers and on my own investigation of this matter. Since this affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging BARKER with Attempted Online Enticement and Distribution of Child Pornography, I have not included every fact known to me

concerning this investigation.  I have set forth only the facts that I believe are necessary to establish probable cause to believe that BARKER committed the offenses alleged in the complaint.

## **PROBABLE CAUSE**

5.      On March 19, 2025, Affiant received information from FBI San Francisco regarding conversations between an online covert employee (OCE) and username "clee7654" on the Kik Messenger application. The following information was provided:

6.      Conversations between the OCE and "clee7654" occurred on or around November 23, 2024. Username "clee7654" had a display name of "Cee Lee." The Kik account appeared to be 1227 days old and accessed via an Android device.

7.      The OCE posted in various Kik chat groups known for sharing and/or discussing incestuous activities, to include those involving minors. The OCE included information that they were a 43-year-old father to a minor daughter. After posting that information, the OCE received a private message from "clee7654".

8.      Below are screenshots of the private messages between the OCE and Kik Username "clee7654":[1]

---

[1] The screenshots described in this paragraph will be made available for review by the Magistrate Judge and will be kept in a secure location by the Affiant.



a. After saying "Oh ok", username "clee7654" sent 4 images of a nude adult

male that included the males lower chin, chest, torso, butt, penis, and upper

thighs. The images depict what appears to be a heavy-set white male with a

pale complexion, light red and blonde body hair, and a short red-brown beard.

The male's face was not visible.

4















b. The OCE advised they would need to trust "clee7654" before sharing his

daughter with him at which point "clee7654" sent four images and one video

which all appeared to depict potential CSAM. Below are examples of the

images and videos shared:

i. Video: 266d78de-cb1e-4e9e-8cd3-a08db315357d; approximately 55

seconds in length:

1. Video depicts what appears to be an adult male's erect penis
inserted into what appears to be a pre-pubescent girl between
the approximate ages of 3-6 years old, anus. Adult male
appears to insert his penis repeatedly and moves the young
girl's hips in a bouncing motion onto and off his penis. The
camera angle pans out and shows the young girl's entire back,
nude. The young girl has long brown hair that falls to the
middle of her back. There appears to be a white laundry basket
and brown floor in the background of the video. The video
angle changes again to focus on the adult male's penis and the
young girls continued motion onto and off the adult male's
penis. The adult male appears to hold his penis in place while
directing the young girl's motion on his penis.

ii. Image: db3baab4-f46c-4136-bcca-cd6cecb075c2:

1. Image depicting a pre-pubescent girl between the approximate ages of 6-8 years old. The young girl's vagina, anus, what appear to be pink pants pulled down, and white underwear with green/blue heart designs also pulled down are the primary focus of the picture. There appears to be long dark brown hair in the background of the image as if the young girl is on her hands and knees with her buttocks in the air.

iii. Image: 6838ea93-a1d0-4663-97ce-eff9e7073e7c:

1. Image depicting a pre-pubescent girl between the approximate ages 8–12-year-old laying on what appears to be a bed with pink sheets and pillow covers. The camera angle appears to be from the foot of the bed and the young girl's entire body is visible. The young girl appears to be wearing a white bra and a white thong that is pulled to the side exposing her anus and vagina. The young girl has a stuffed animal/pillow resembling a pig in her hands.









9.      On or about November 26, 2024, FBI San Francisco served legal process to Kik Messenger for the username and display name "clee7654" and "Cee Lee." On or about December 2, 2024, Kik Messenger responded to legal process and or about April 16, 2025, Affiant re-submitted legal process with the same results provided. The results are as follows:

        a.   Phone Type: One Plus CPH2459 Android

b. Email: clee7654@gmail.com
c. IP address logs:
    i. 8/23/2021; 125.227.90.115 (Asia/Taipei - Location)
    ii. 10/26/2021; 169.56.74.237 (Asia/Seoul - Location)
    iii. 11/3/2021; 113.20.30.139 (Asia/Jakarta - Location)
    iv. 11/4/2021; 126.193.190.113 (Asia/Tokyo - Location)
    v. 1/31/2022; 60.234.42.250 (Pacific/Auckland - Location)
    vi. 11/28/2022; 101.99.64.65 (Unknown IP - Location)
    vii. 11/25/2024; 104.244.210.18 (America/Chicago - Location)
    viii. 11/20/2024; 192.180.151.171 (US/Kentucky – WIFI)

10.    On or about December 9, 2024, FBI San Francisco served legal process to

Charter Communications for subscriber information related to IP address 192.180.151.171

from November 20, 2024. On or about December 13, 2024, Charter Communications

provided the following subscriber information for the aforementioned request:

a. Name: Van BARKER
b. Address: 5720 Brown Ave. #B Fort Knox, KY
c. Phone: 321-378-5722
d. Email: houlovedou@spectrum.net, vlb9@georgetown.edu
e. Status: Active

11.    On or about December 13, 2024, FBI San Francisco conducted law

enforcement database checks to determine BARKER's identity which yielded the following

results.

a. Van Laurence BARKER
b. DOB: XX/XX/1992
    i. Date of birth corroborates the 32-year-old age disclosed by the user of
       the Kik account "clee7654."
c. SSN: XXX-XX-9565
d. Possibly a service member with the Army stationed at Fort Knox, KY.

12.    On or about March 27, 2025, Affiant contacted investigators with Army CID

on Fort Knox to identify or verify BARKER's status with the Army. Investigators confirmed

BARKER's identifiers listed above and Affiant was provided the following information:

13.    As of March 27, 2025, BARKER has resided on Ft. Knox at 5720 Brown Ave.

#B, Fort Knox, Kentucky since February 2023. According to military records, BARKER's

last known phone number was 321-378-5722. BARKER resides with his wife, Siyuan Zheng, who has no military background. BARKER retired as a Captain as of July 2024.

14.    As of April 29, 2025, BARKER's duty station assignments and timelines were as follows:

   a.  April 2017: Tampa, FL
   b.  April 2017 – November 2018: Ft. Benning, GA
   c.  January 2019: Ft. Huachuca, AZ
   d.  July 2019 – June 2022: Camp Zama, Japan
        i.  The aforementioned Kik returns for username "clee7654" returned multiple IP addresses in Japan and the Pacific region throughout this timeframe.
   e.  August 2022 – February 2023: Ft. Huachuca, AZ
   f.  February 2023 – July 2024: Ft. Knox, KY

15.    As of July 11, 2024, BARKER was given a permanent change of assignment and was placed on the retirement list due to disability in Fort Knox, KY.

16.    On or about April 16, 2025, law enforcement database checks yielded multiple recent international flights taken by BARKER. On or about December 25, 2019, BARKER departed the United States via Minneapolis-Saint Paul International Airport with scheduled arrival into Haneda, Tokyo, Japan. On or about July 3, 2022, BARKER departed from Narita, Tokyo, Japan and returned to the United States via John F. Kennedy International Airport.

17.    On or about April 18, 2025, Affiant served legal process for the phone number 321-378-5722 to AT&T. On or about April 18, 2025, AT&T provided the following subscriber information for the phone number.

   a.  Subscriber: Van BARKER
   b.  Account status: Active
   c.  Customer from 7/2022 to present as of subpoena.

18.    On or about May 5, 2025, Affiant requested information from the National Center for Missing and Exploited Children ("NCMEC") regarding potential CyberTipline reports (CTs) associated with the Kik username "clee7654," IP address 192.180.151.171, and other identifiers believed to be associated with BARKER, listed previously. NCMEC

provided information on one CT associated with the aforementioned username and IP address 192.180.151.171 and seven additional CTs associated with IP address 192.180.151.171. All CT reports were reported to NCMEC from MediaLab/Kik concerning the two search criteria at different times. All CTs were flagged as potential activity related to CSAM. Affiant conducted a review of attached files which contained potential CSAM files which are listed below.

    a. Related to "clee7654" and IP Address 192.180.151.171

        i. CT 202790130; Submitted on November 26, 2024, by MediaLab/Kik
            1. 44 files uploaded; 24 flagged as potential CSAM
            2. Kik Account information:
                a. Username: clee7654_6k1

    b. Related to IP Address 192.180.151.171

        i. CT 207416344; Submitted on March 9, 2025, by MediaLab/Kik
            1. 12 files uploaded; 11 flagged as potential CSAM
            2. Kik Account Information:
                a. Username: tlee7654_v4q

        ii. CT 206752572; Submitted on February 23, 2025, by MediaLab/Kik
            1. 5 files uploaded; 4 flagged as potential CSAM
            2. Kik Account Information:
                a. Username: dlee4567_ruv

        iii. CT 206196253; Submitted on February 13, 2025, by MediaLab/Kik
            1. 4 files uploaded; 3 flagged as potential CSAM
            2. Kik Account Information:
                a. Username: dlee7654_q48

        iv. CT 205514365; Submitted on January 30, 2025, by MediaLab/Kik
            1. 4 files uploaded; 3 flagged as potential CSAM
            2. Kik Account Information:
                a. Username: blee7654_m9w

        v. CT 204528402; Submitted on January 8, 2025, by MediaLab/Kik
            1. 6 files uploaded; 4 flagged as potential CSAM
            2. Kik Account Information:
                a. Username: blee5432_1j1

        vi. CT 203376917; Submitted on December 10, 2024, by MediaLab/Kik

                1. 16 files uploaded;11 flagged as potential CSAM
                2. Kik Account Information:
                      a. Username: clee5432_0cz

          vii. CT 202342846; Submitted on November 14, 2024, by MediaLab/Kik
                1. 48 files uploaded; 26 tagged as potential CSAM
                2. Kik Account Information:
                      a. Username: clee4567_t9n

19.     On or about June 17, 2025, Affiant served legal process to MediaLab/Kik for the usernames associated with the CTs listed above. On June 30, 2025, MediaLab/Kik provided the following information associated with the request.

    a. clee4567:

        i. First Name: Cee
        ii. Last Name: Lee
        iii. Email: clee4567@gmail.com
        iv. Registration DOB: 7/17/1987
        v. Registration Date/Time: 7/16/2021 at 10:58:05
        vi. Last User Location/IP: US/104.244.210.18

    b. clee5432:

        i. First Name: clee5432
        ii. Email: tgh5@gmail.com
        iii. Registration DOB: 11/29/1984
        iv. Registration Date/Time: 11/28/2024 at 23:54:51
        v. Last User Location/IP: US/38.92.186.2

    c. blee5432:

        i. First Name: blee5432
        ii. Email: tgt22@gmail.com
        iii. Registration DOB: 12/11/1981
        iv. Registration Date/Time: 12/11/2024 at 05:09:02
        v. Last User Location/IP: US/216.227.145.218

    d. blee7654:

        i. First Name: blee7654
        ii. Email: blee7654@yahoo.com
        iii. Registration DOB: 1/19/1988
        iv. Registration Date/Time: 1/19/2025 at 01:15:28
        v. Last User Location/IP: US/104.244.210.18

    e. dlee7654:

        i. First Name: dlee7654

    ii. Email: dlee7654@gmail.com
   iii. Registration DOB: 1/1/1975
   iv. Registration Date/Time: 1/30/2025 at 10:53:25
    v. Last User Location/IP: US/104.244.210.18

  f. dlee4567:

    i. First Name: dlee4567
    ii. Email: teudf@gmail.com
   iii. Registration DOB: 1/1/1993
   iv. Registration Date/Time: 1/30/2025 at 11:37:05
    v. Last User Location/IP: US/104.244.210.18

  g. tlee7654:

    i. First Name: tlee7654
    ii. Email: timduff222@gmail.com
   iii. Registration DOB: 12/27/1986
   iv. Registration Date/Time: 2/24/2025 at 00:04:53
    v. Last User Location/IP: US/104.244.210.18

20. On or about June 18, 2025, Affiant conducted an IP analysis between all the aforementioned CTs with the following results.

  a. IP address 192.180.154.171, associated with the Charter Communications legal process, was associated with every account reported in the aforementioned CTs on multiple dates and times.

  b. IP address 104.244.210.18 was associated with every account reported in the aforementioned CTs on multiple dates and times. The IP address appears to be related to a VPN service provider with no attributable subscriber.

  c. Multiple different IP address was identified as being associated with a virtual private network.

21. On or about June 18, 2025, Affiant served legal process to Charter Communications for subscriber information related to IP address 192.180.151.171 on February 25, 2025; listed as a log in IP address in CT 207416344. Charter Communications responded to the request on June 24, 2025, with the subscriber listed as Van BARKER, phone number 321-378-5722, address 5720 Brown Ave. #B Fort Knox, KY 40121.

22. On or about August 13, 2025, Affiant conducted physical surveillance at BARKER's residence in coordination with Army CID Special Agent Pasquale Defelice. Affiant observed an adult male matching the physical description of BARKER from both

official military records and driver's license records, which also match the physical description of male depicted in the nude images sent by the Kik username "clee7654" to the FBI OCE, exited the front door of the residence. Moreover, a small in stature adult female accompanied BARKER when he exited the residence. The adult female appeared to be of Asian descent with long black hair and matched the description of his spouse Siyuan Zheng. Both BARKER and Zheng were observed walking along the sidewalk in the neighborhood with two small dogs. Approximately 30 to 40 minutes later, the same adult male and female with two small dogs re-entered the residence through the front door.

23.    On or about August 13, 2025, Army CID Investigators provided an updated photograph of BARKER based on current military ID required to enter the base that BARKER had recently updated as of July 2025. The photo matched the description of the adult male observed entering and exiting BARKER's residence.

24.    On or about August 18, 2025, the lease agreement for BARKER's residence was provided to Affiant. The lease agreement listed the primary resident as Van L. BARKER, phone number 321-378-5722. Additional occupants included Siyuan Zheng. No other residents were listed. The lease agreement was with the Knox Hills Community located on Ft. Knox, KY and was for a duration of August 20, 2025, until August 19, 2026.

25.    On December 16, 2025, agents executed a federal search warrant at BARKER's residence. During the search warrant, Affiant interviewed BARKER. BARKER was given his Miranda rights. BARKER indicated that he understood his rights and elected to speak with Affiant.

26.    During the interview, BARKER was shown the private chats that took place on November 23, 2024, between the OCE and the Kik Username "clee7654". BARKER admitted that the Kik Username "clee7654" was his account and that he was the one

communicating. BARKER also admitted to sending an image of his penis and sending the

CSAM.

    27.    BARKER made the following additional statements during the interview:

a.    BARKER joined several "Kink" or "Taboo" Kik messenger groups and traded (to include saving images/videos to resend to other users) images and videos of young girls between the ages of 11-18. Later BARKER said that in at least one instance he requested content of 8–12-year-old females. On several occasions he had to verify himself to be added to Kik groups by sending CSAM.

b.    BARKER would use various inactive emails that were not set up to create various Kik user accounts with a common naming convention of a first letter and "lee" with an ascending or descending string of 4 numbers after.

c.    BARKER confirmed all user accounts included in the affidavit as his at various points.

d.    BARKER stated he alone has access to these accounts and devices.

e.    BARKER stated he would use VPNs and that provided him a sense of security while online, specifically "Astrill", but was a Spectrum internet customer for approximately 3 years.

f.    BARKER has resided at his current residence for approximately 3 years.

g.    BARKER has not met up with anyone in person, nor does he know of anyone who is actively abusing a minor.

h.    BARKER's preference was "teen violence" "rape" or "cnc" which stands for consensual nonconsensual.

i.    On multiple occasions, BARKER used Paypal to purchase packages or megalinks of CSAM that was advertised as "teen violence" approximately $50 spent per hyperlink or package. Purchases contained at a minimum a couple dozen folders of categorized CSAM of various ages.

j.    All conversations related to hands-on offenses were related to fantasy desires or role play including the OCE conversation listed in the affidavit. BARKER was insistent he would never actively hurt a child.

k.    BARKER started this behavior through his use of voyeurism pornography which led to CNC which introduced him into child porn.

l.    BARKER has lived in both China and Japan as a civilian and as a member of the military.

m.    BARKER just returned from a multiple week trip from China

## CONCLUSION

    28.    Based on the aforementioned information, your affiant submits that there is

probable cause to believe that in Jefferson County, Kentucky, in the Western District of

Kentucky, Van Laurence BARKER, violated Title 18, United States Code, Section 2422(b)

(Attempted Online Enticement of a Minor) and Title 18, United States Code, Section

2252A(a)(2) (Distribution of Child Pornography).

<div style="margin-left:40%">

Respectfully submitted,


   _/s/ Justin Kiehl_
Justin Kiehl
Special Agent
Federal Bureau of Investigation

</div>


    Subscribed and sworn to me by applicant by telephone per the requirements of Fed. R.
Crim. P. 4(d) and 4.1 on this 16th day of December 2025.

_____
HON. REGINA S. EDWARDS
UNITED STATES MAGISTRATE JUDGE

**DMY**

24